CITY OF SHREVEPORT,
Plaintiff-Appellant,

v.

GULF OIL CORPORATION,
Defendant-Appellee.

No. 75-3179.

United States Court of Appeals,
Fifth Circuit.

April 20, 1977.

Charles C. Grubb, Asst. City Atty., John Gallagher, Shreveport, La., for plaintiff-appellant.

Wm. G. Duck, Houston, Tex., James A. Boone, A. Paul Brandimarte, New Orleans, La., for defendant-appellee.

Before MORGAN and RONEY, Circuit Judges, and KING *, District Judge.

PER CURIAM:

Affirmed on the basis of the District Court's opinion, *City of Shreveport v. Gulf Oil Corporation*, 431 F.Supp. 1 (W.D. La.1975).